IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COMPLAINT OF MURRAY AMERICAN RIVER TOWING, INC.** as owner of certain barges **FOR EXONERATION AND LIMITATION OF LIABILITY** | ) ) ) ) ) ) | 2:17cv1315<br>Electronic Filing |
| **COMPLAINT OF CAMPBELL TRANSPORTATION COMPANY, INC. FOR EXONERATION OR LIMITATION OF LIABILITY** | ) ) ) ) | 2:17cv1620<br>Electronic Filing |
| **IN THE MATTER OF THE COMPLAINT OF GULF MATERIALS, LLC FOR EXONERATION OR LIMITATION OF LIABILITY** | ) ) ) ) | 2:18cv1445<br>Electronic Filing |

## ORDER OF COURT

AND NOW, this 21st day of March, 2019, upon consideration of the parties' Consent Motion to Consolidate (ECF 17 at 2:17cv1315; ECF 18 at 2:17cv1620; and ECF 8 at 2:18cv1445,

IT IS HEREBY ORDERED that the parties' motions are **GRANTED**. Civil Action 2:17cv1620 and 2:18cv1445 shall be consolidated with 2:17cv1315, which is designated as the lead case. All subsequent pleadings shall be filed at the lead case. The Clerk shall mark 2:17cv1620 and 2:18cv1445 CLOSED.

_____
David Stewart Cercone
Senior United States District Judge

cc:    Rodger L. Puz, Esquire
       Gregory C. Michaels, Esquire
       Holly M. Whalen, Esquie
       Dennis A. Watson, Esquire
       Marjorie F. Bagnato, Esquire
       David M. McQuiston, Esquire
       Mark F. Haak, Esquire
       Stephen P. Moschetta, Esquire

*(Via CM/ECF Electronic Mail)*